B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Radianse, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**75-3091559** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 Brickstone Square, Suite 302**<br>**Andover, MA**<br>ZIP Code **01810** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Radianse, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Radianse, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Kenneth S. Leonetti
Signature of Attorney for Debtor(s)
**Kenneth S. Leonetti**
Printed Name of Attorney for Debtor(s)
**Foley Hoag LLP**
Firm Name
**155 Seaport Boulevard**
**Boston, MA 02210**

_____
Address

Email: kleonetti@foleyhoag.com
617-832-1000  Fax: 617-832-7000
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Paul Tessier
Signature of Authorized Individual
**Paul Tessier**
Printed Name of Authorized Individual
**Director, CTO**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RADIANSE, INC.

## SECRETARY'S CERTIFICATE

The undersigned, Diane Marcou, in her capacity as Secretary of the Board of Directors of Radianse, Inc., a Delaware corporation (the "Corporation"), hereby certifies as follows:

1. She is the duly elected and acting Secretary of the Board of Directors of the Corporation.

2. Attached hereto as Exhibit A is a true and correct copy of resolutions unanimously adopted by the Directors of the Corporation in accordance with applicable law at a properly noticed meeting of the Board on April 9, 2010. Such resolutions have not been repealed or amended and remain in full force and effect on the date hereof.

IN WITNESS WHEREOF, Diane Marcou has executed this Certificate on this 20th day of April, 2010.

_____
Diane Marcou

## EXHIBIT A

## RADIANSE, INC. (the "Corporation")

**RESOLVED:** That the Corporation seek relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

**RESOLVED:** That the Paul Tessier, the Chief Technology Officer of the Corporation, any other officer of the Corporation, and any other such person designated by the Board of Directors (collectively, the "Authorized Officers") be, and each of them acting singly, hereby is, authorized (i) to prepare and file on behalf of the Corporation a petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "Bankruptcy Court"), (ii) to execute on behalf of the Corporation such petitions, schedules, statements, affidavits and other papers as may be deemed necessary or appropriate in connection therewith, and (iii) to execute such further documents and to do such further acts as may be deemed necessary or appropriate with respect to the foregoing, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code, the execution of any document or the doing of any act by such Authorized Officers in connection with such proceedings to be conclusively presumed to be authorized by these resolutions.

**RESOLVED:** That the Corporation enter into the asset purchase agreement with RF Technologies, Inc. on substantially the terms set forth therein subject to such non-substantive changes as determined by the Corporation's officers (the "Agreement"), and that the Corporation sell such of its assets as described in the Agreement, subject in all events to (a) compliance with the Bankruptcy Code requirements governing asset sales, (b) compliance with any other applicable laws, rules and regulations, and (c) approval of the Bankruptcy Court of such sale.

**RESOLVED:** That the law firm of Foley Hoag, LLP, be and hereby is retained as bankruptcy counsel under general retainer to represent the Corporation in all proceedings commenced under or resulting from these resolutions.

**RESOLVED:** That the Authorized Officers be, and each of them acting singly hereby is, authorized to do or cause to be done any and all such other acts and things and to execute and deliver any and all further documents as such Authorized Officers so acting deem necessary or appropriate to carry into effect the full intent and purpose of the foregoing resolutions, the taking of any such actions or the execution or delivery of any such documents by such Authorized Officers to be conclusive evidence that the same were authorized by these resolutions.

**RESOLVED:** That any and all prior actions of the Corporation or any of its officers in connection with the matters contemplated by the foregoing resolutions be, and each of them hereby is, approved, adopted, ratified and confirmed in all respects as fully as if such actions had been presented to and approved by the Board of Directors prior to such actions being taken.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Radianse, Inc.**                 Debtor(s)        Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Covington Associates LLC<br>75 Central Street, 3rd Floor<br>Boston, MA 02109 | Benn Dun<br>Covington Associates LLC<br>75 Central Street, 3rd Floor<br>Boston, MA 02109<br>(617) 314-3950 | Trade Debt | | 30,000.00 |
| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201<br>(877) 829-5500 | Proposed Tax Penalty | Disputed | 15,000.00 |
| Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 | Kenneth S. Leonetti<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 | Trade debt | | 18,774.50 |
| Gartner, Inc.<br>300 Concord Road<br>Billerica | Robert Steagall<br>Gartner, Inc.<br>300 Concord Road<br>Billerica, MA 01821<br>(978) 901-4165 | Trade debt | | 8,275.00 |
| Hurley Medical Center<br>One Hurley Plaza<br>Flint, MI 48503 | Patrick Wardell<br>Hurley Medical Center<br>One Hurley Plaza<br>Flint, MI 48503<br>(810) 257-9000 | Trade Debt | | 12,143.00 |
| InterSource OEM, Inc.<br>2912 Columbia Street<br>Torrance, CA 90503 | Robert Wills<br>InterSource OEM, Inc.<br>2912 Columbia Street<br>Torrance, CA 90503<br>(310) 618-1151 | Trade debt | | 250,480.48 |
| Lahive and Cockfield<br>One Post Office Square<br>Boston, MA 02109 | Tony Laurentano<br>Lahive and Cockfield<br>One Post Office Square<br>Boston, MA 02109<br>(617) 227-7400 | Trade debt | | 40,918.38 |

B4 (Official Form 4) (12/07) - Cont.

In re　**Radianse, Inc.**　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Melexis, GMBH<br>2 Samokovsko Shosse Boulevard<br>Bulgaria | Radka Georgieva<br>Melexis, GMBH<br>2 Samokovsko Shosse Boulevard<br>Bulgaria<br>00359 2 80 70516 | Trade debt | | 12,637.44 |
| Partners Healthcare System, Inc.<br>Prudential Center<br>800 Boylston Street<br>Boston, MA 02199 | Mary Finley<br>Partners Healthcare System, Inc.<br>Prudential Center<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 954-9500 | Trade Debt | | 80,658.00 |
| PeriOptimum<br>800 Vinial Street, Building 1<br>Pittsburgh, PA 15212 | Noel Webb<br>PeriOptimum<br>800 Vinial Street, Building 1<br>Pittsburgh, PA 15212<br>(412) 246-2866 | Trade debt | | 7,995.00 |
| Pinnacle Health System<br>3001 North 7th Street<br>Harrisburg, PA 17110-2713 | Phil Guarneschelli<br>Pinnacle Health System<br>3001 North 7th Street<br>Harrisburg, PA 17110-2713<br>(717) 782-5678 | Trade debt | | 74,467.85 |
| Providence Healthcare Ntwk<br>6901 Medical Parkway<br>Woodway, TX 76712 | Jay Scheler<br>Providence Healthcare Network<br>6901 Medical Parkway<br>Woodway, TX 76712<br>(254) 761-8500 | Trade debt | | 24,830.00 |
| Scicon Technologies<br>27525 Newhall Ranch Road, No. 2<br>Valencia, CA 91355 | Eric Eikrem<br>Scicon Technologies<br>27525 Newhall Ranch Road, No. 2<br>Valencia, CA 91355<br>(661) 295-8630 | Trade Debt | | 5,620.78 |
| Steven Schiefen<br>164 Dunstable Road<br>North Chelmsford, MA 01863 | Steven Schiefen<br>164 Dunstable Road<br>North Chelmsford, MA 01863<br>(978) 251-5278 | Severance | | 106,934.00 |
| Transwestern Brickstone Square<br>111 Huntington Avenue, 12th Floor<br>Boston, MA 02109 | Lawrence Ruddghan<br>Transwestern Brickstone Square<br>111 Huntington Avenue, 12th Floor<br>Boston, MA 02109<br>(978) 475-4000 | Lease | | 19,742.56 |
| Travelers Insurance<br>CL & Specialty Remittance<br>Hartford, CT 06183 | Sheila Doherty<br>Travelers Insurance<br>CL & Specialty Remittance<br>Hartford, CT 06183<br>(978) 475-0260 | Trade Debt | | 5,512.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Radianse, Inc.**
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| University of PA Health System<br>3400 Spruce Street<br>Philadelphia, PA 19104 | Wayne Smith<br>University of PA Health System<br>3400 Spruce Street<br>Philadelphia, PA 19104<br>(215) 615-0691 | Trade Debt | | 34,551.00 |
| Versus Technology, Inc.<br>2600 Miller Creek Road<br>Traverse City, MI 49684 | Rich Eloersole<br>Versus Technology, Inc.<br>2600 Miller Creek Road<br>Traverse City, MI 49684<br>(231) 946-5868 | Trade debt | | 13,823.00 |
| VTech Communications<br>24/F, Block 1 Tai Ping Industrial<br>57 Ting Kok Road<br>Tai PO<br>Hong Kong | Susanna Chu<br>VTech Communications<br>24/F, Block 1 Tai Ping Industrial<br>57 Ting Kok Road<br>Hong Kong<br>268-01000 | Trade debt | | 60,516.75 |
| Yale New Haven Hospital<br>789 Howard Avenue<br>New Haven, CT 06519 | Mark Andersen<br>Yale New Haven Hospital<br>789 Howard Avenue<br>New Haven, CT 06519<br>(213) 688-4242 | Trade debt | | 36,739.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Radianse, Inc.                                          Case No.  _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director, CTO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  4/20/2010                Signature  *[signature]*
                                          **Paul Tessier**
                                          **Director, CTO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

45th Parallel LLC
50 California Street, No. 3200
San Francisco, CA 94111

Ascension Health
4600 Edmonson Road
Saint Louis, MO 63134

Atlas Water Systems
301 Second Avenue
Waltham, MA 02451

Carolyn Malleck
43 Clark Road
Andover, MA 01810

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankruptcy Unit, 5th Floor-Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

Covington Associates LLC
75 Central Street, 3rd Floor
Boston, MA 02109

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Expeditors International
P.O. Box 1107
Lynnfield, MA 01940

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Gartner, Inc.
300 Concord Road
Billerica

Grainger
Department 088-863339487
Palatine, IL 60038

Hill-Rom Company, Inc.
1069 State Road 46
Batesville, IN 47006

HLM Venture Partners, LP
222 Berkeley Street
Wellesley Hills, MA 02481

Hurley Medical Center
One Hurley Plaza
Flint, MI 48503

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

InterSource OEM, Inc.
2912 Columbia Street
Torrance, CA 90503

Iron Mountain Intellectual Property
2100 Norcross Parkway, No. 150
Norcross, GA 30071

John P. Reardon
131 Nichols Road, Unit 6
Cohasset, MA 02025

Kaiser Foundation Hospitals
One Kaiser Plaza, 22nd Floor
Oakland, CA 94612

Key Equipment Finance
11030 Circle Point Road
Westminster, CO 80030

Key Equipment Finance, Inc.
600 Travis Street, Suite 1400
Houston, TX 77002

Lahive and Cockfield
One Post Office Square
Boston, MA 02109

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

MDV LLC
50 California Street, No. 3200
San Francisco, CA 94111

Melexis, GMBH
2 Samokovsko Shosse Boulevard
Bulgaria

```
MFA
One Highwood Drive
Tewksbury, MA 01876

Middle TN Medical Center
400 NOrth Highland Ave.
Murfreesboro, TN 37130

Moody, Famiglietti & Andronico LLP
One Highwood Drive
Tewksbury, MA 01876

Multinvest LLC/PAR SF II
50 California Street, No. 3200
San Francisco, CA 94111

National Healthcare Services
320 Golden Shore Avenue, No. 120
Long Beach, CA 90802

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Partech International Growth
50 California Street, No. 3200
San Francisco, CA 94111

Partech US Partners IV, LLC
50 California Street, No. 3200
San Francisco, CA 94111

Partners Healthcare
101 Merrimac Street, 4th Floor
Boston, MA 02114

Partners Healthcare System, Inc.
Prudential Center
800 Boylston Street
Boston, MA 02199

Paul Tessier
12 Pocahontas Way
Lynnfield, MA 01940

PeriOptimum
800 Vinial Street, Building 1
Pittsburgh, PA 15212

Permanente Federal Series G
One Kaiser Plaza, 22nd Floor
Oakland, CA 94612
```

Pinnacle Health System
3001 North 7th Street
Harrisburg, PA 17110-2713

Premiere Conferencing
P.O. Box 404351
Atlanta, GA 30384

Providence Healthcare Ntwk
6901 Medical Parkway
Woodway, TX 76712

Purchasing Management Association
200 Baker Avenue
Concord, MA 01742

Raymond J. Dunn, III
30 Nagog Park
Acton, MA 01720

Scicon Technologies
27525 Newhall Ranch Road, No. 2
Valencia, CA 91355

Southern Ohio Medical Center
1805 27th Street
Portsmouth, OH 45662

Stanley Covergent Security
555 Shuman Boulevard
Naperville, IL 60563

Staples Business Advantage
P.O. Box 415256
Boston, MA 02241

Steven Schiefen
164 Dunstable Road
North Chelmsford, MA 01863

The Hartford Insurance Company
P.O. Box 2907
Hartford, CT 06104

Thomas A. Reardon
131 Nichols Road, Unit 6
Cohasset, MA 02025

Tidal Communications, LLC
360 Merrimack Street, Building 5
Lawrence, MA 01843

Town of Andover Collector
P.O. Box 99
Andover, MA 01810

Transit Air Cargo, Inc.
2204 E. 4th Street
Santa Ana, CA 92705

Transwestern Brickstone Square
111 Huntington Avenue, 12th Floor
Boston, MA 02109

Transwestern Brickstone Square LLC
200 Brickstone Square, Suite G09
Andover, MA 01810

Travelers Insurance
CL & Specialty Remittance
Hartford, CT 06183

University of PA Health System
3400 Spruce Street
Philadelphia, PA 19104

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

Verizon
P.O. Box 1100
Albany, NY 12250

Verizon Online
P.O. Box 12045
Trenton, NJ 08650

Verizon Wireless
P.O. Box 15062
Albany, NY 12212

Versus Technology, Inc.
2600 Miller Creek Road
Traverse City, MI 49684

VTech Communications
24/F, Block 1 Tai Ping Industrial
57 Ting Kok Road
Tai PO
Hong Kong

Yale New Haven Hospital
789 Howard Avenue
New Haven, CT 06519

**United States Bankruptcy Court**
**District of Massachusetts**

In re  **Radianse, Inc.**                            Case No. _____
                                  Debtor(s)          Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director, CTO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 4/20/2010        _____
                       **Paul Tessier/Director, CTO**
                       Signer/Title

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| RADIANSE, INC., | ) Chapter 11 |
|  | ) Case No. 10-_____ ( ) |
| Debtor. | ) |

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

I, Paul Tessier, hereby declare under penalty of perjury that all of the information contained in the Voluntary Chapter 11 Petition of Radianse, Inc. (the "Documents"), filed electronically, are true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after closing this case.

Dated: April 20, 2010

_____
Paul Tessier, Director & CTO

PART II-DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

      I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information f which I have knowledge and my signature below constitutes my certification of the forgoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: April 20, 2010

                                  Kenneth S. Leonetti (BBO# 629515)
                                  kleonetti@foleyhoag.com
                                  FOLEY HOAG LLP
                                  155 Seaport Boulevard
                                  Boston, Massachusetts 02210-2600
                                  Telephone: (617) 832-1000
                                  Facsimile: (617) 832-7000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| RADIANSE, INC., | ) Case No. 10-_____ ( ) |
| | ) |
| Debtor. | ) |
| | ) |

     I, Kenneth S. Leonetti, hereby declare under penalty of perjury that all of the information contained in the **Voluntary Petition and Disclosure of Attorney for Debtor** (the "Documents"), filed electronically, are true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR) 7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after closing this case.

Dated: April 20, 2010

                                                            Kenneth S. Leonetti (BBO# 629515)
                                                            kleonetti@foleyhoag.com
                                                            FOLEY HOAG LLP
                                                            155 Seaport Boulevard
                                                            Boston, Massachusetts 02210-2600
                                                            Telephone: (617) 832-1000
                                                            Facsimile: (617) 832-7000